CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
ANDREA BREUER, ESQ.; STATE BAR NO.: 161819

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: cmay@tharpe-howell.com
E-Mail: abreuer@tharpe-howell.com

Attorneys for Defendant,
　　DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA FREITAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.; and DOES 1 to 20<br><br>　　　　　Defendants. | Case No.:<br>[*Alameda County Superior Court Case No. 21CV000513*]<br><br>**DEFENDANT DOLLAR TREE STORE, INC.'S DEMAND FOR TRIAL BY JURY**<br><br>Complaint Filed: October 19, 2021 |

　　Defendant DOLLAR TREE STORES, INC. demands a trial by jury in this action.

Dated: March 9, 2022　　　　　　　　　　THARPE & HOWELL, LLP

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　CHARLES D. MAY
　　　　　　　　　　　　　　　　　　　　　ANDREA BREUER
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　DOLLAR TREE STORES, INC.

- 1 -
**DEMAND FOR TRIAL BY JURY**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

### DEMAND FOR JURY TRIAL

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Reza Torkzadeh, Esq.<br>Tracy Horn, Esq.<br>TORKLAW, APC<br>18650 MacArthur Blvd., Ste. 300<br>Irvine, CA  92602<br>Tel: 310-935-1111<br>Fax: 310-935-0100<br>Email: reza@torklaw.com<br>Email: tracy@torklaw.com<br><br>cc:<br>Andrea Caceres-Alarcon<br>andrea@torklaw.com | Attorneys for Plaintiff, CYNTHIA FREITAS |

5. a. **X** **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed during the Coronavirus (Covid-19) pandemic and pursuant to Fed.R.Civ.P.Rule 5., this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mails. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 3/9/2022 | Belinda A. Porras | *Belinda A. Porras* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32435\Pleadings\FEDERAL\Demand for Jury Trial.docx

**DEMAND FOR TRIAL BY JURY**